JENNIFER HOLLIDAY, ESQ. (SBN 261343)
jhollidayesq@protonmail.com
1901 Ave. of the Stars, 2nd Floor
Los Angeles, California 90067
dir. (805) 622-0225
*Attorney for Plaintiff Genevieve Morton*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: DMCA § 512(h) SUBPOENA TO CLOUDFLARE, INC. | MISC. CASE NO.: 2:22-cv-36<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO CLOUDFLARE, INC. PURSUANT TO 17 U.S.C. § 512(H) TO IDENTIFY ALLEGED INFRINGERS** |

PETITIONER GENEVIEVE MORTON hereby requests that the Clerk of this Court issue a subpoena to Cloudflare, Inc. ("Cloudflare") to identify the alleged infringer(s) at issue pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"). The proposed Section 512(h) Subpoena is attached hereto as Exhibit A.

The proposed Section 512(h) Subpoena is directed to Cloudflare the service provider to which the infringing parties using the names posted content. The following URLs contained the infringing content posted to the alleged infringer's website at issue:

https://bigtits.city/pic/22454/
https://bigtits.city/pic/22453/
https://bigtits.city/pic/22452/

    Morton has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h):

1. Morton has submitted the proposed 512(h) Subpoena attached hereto as Exhibit A.
2. Morton has submitted copies of confirmations of receipt of her notifications and her notifications sent pursuant to 17 U.S.C. § 512(c)(3)(A) as Exhibit B.
3. Morton has submitted a sworn declaration from counsel confirming that the purpose for which the Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purposes of protecting Ms. Morton's rights under title 17 of the United States Code.  *See*  Decl. of Holliday

    Having complied with the statutory requirements, Morton respectfully requests that the Clerk expeditiously issue and sign the proposed Section 512(h) Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it for service to Cloudflare.

Dated:  Feb. 20, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　JENNIFER HOLLIDAY, ESQ.
　　　　　　　　　　　　　　　　　　Attorney for Genevieve Morton

2

REQUEST TO THE CLERK FOR ISSUANCE OF DMCA §512(h) SUBPOENA

# DECLARATION OF JENNIFER HOLLIDAY IN SUPPORT OF REQUEST TO ISSUE DMCA 512(h) SUBPOENA

1. My name is Jennifer Holliday, and I am a member of the State Bar of California licensed to practice in California and admitted to practice before this Court.
2. On February 20, 2022, I prepared and submitted a subpoena (the "Subpoena") pursuant to 17 U.S.C. § 512(h), to the Clerk of the United States District Court for the Central District of California via the ECF System.
3. I do swear under penalty of perjury that the Subpoena sought is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting the copyrights of Genevieve Morton, the registered copyright holder.
4. I have personal knowledge of all facts set forth in this Declaration.
5. The facts set forth in this Declaration are true and correct.

Executed under the laws of the State of California and of the United States on 20th Day of February 2022 in the State of Tennessee, Williamson County.

_____
**JENNIFER HOLLIDAY**
**ATTORNEY FOR GENEVIEVE MORTON**